Argued May 19, affirmed June 13, 1978

In the Matter of Dennis Moore, a child.
STATE ex rel JUVENILE DEPARTMENT OF
TILLAMOOK COUNTY AND DROLLINGER,
*Respondents,*

*v.*

MOORE et al, *Appellants.*
(No. 777, CA 9563)
579 P2d 900

Ronald I. Gevurtz, Portland, argued the cause for appellants Myron Moore and Ila Moore. With him on the brief were Pozzi, Wilson, Atchison, Kahn & O'Leary, Portland, and Richard A. Vachio, Public Defender, Tillamook.

Richard A. Vachio, Public Defender, Tillamook, argued the cause for appellant Dennis Everett Moore.

Cecil H. Quesseth, Salem, argued the cause and filed the brief for respondent Linda Sue Drollinger.

No appearance for respondent State of Oregon.

Before Schwab, Chief Judge, and Johnson and Gillette, Judges.

PER CURIAM.

Affirmed. *See State ex rel Juv. Dept. v. Maves,* 33 Or App 411, 576 P2d 826 (1978).